UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE HUERTA ANGUIANO and PERFECTO
LAZARO, *individually and on behalf of others similarly
situated*,

                              *Plaintiffs*,

          -against-

BRUCKNER BAR & GRILL LLC (D/B/A
MOTT HAVEN BAR & GRILL), THE
BRONX BAR & GRILL LLC (D/B/A MOTT
HAVEN BAR & GRILL), BRUCKNER
RESTAURANT LLC (D/B/A MOTT HAVEN
BAR & GRILL), BRUCKNER RAIL LLC
(D/B/A MOTT HAVEN BAR & GRILL), and
ROSA GARCIA (A.K.A. ROSAURA),

                              *Defendants.*
----------------------------------------------------------------X

**Case No.** 18-cv-12323

**DEFAULT JUDGMENT**

## JUDGMENT

On December 28, 2018, this action was commenced by Plaintiffs' filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Bruckner Bar & Grill LLC (d/b/a Mott Haven Bar & Grill), The Bronx Bar & Grill LLC (d/b/a Mott Haven Bar & Grill), Bruckner Restaurant LLC (d/b/a Mott Haven Bar & Grill), Bruckner Rail LLC (d/b/a Mott Haven Bar & Grill), and Rosa Garcia (a.k.a. Rosaura), and said Defendants having failed to pled or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against Defendants Bruckner Bar & Grill LLC (d/b/a Mott Haven Bar & Grill), The Bronx Bar & Grill LLC (d/b/a Mott Haven Bar & Grill), Bruckner Restaurant LLC (d/b/a Mott Haven Bar & Grill), Bruckner Rail LLC

(d/b/a Mott Haven Bar & Grill), and Rosa Garcia (a.k.a. Rosaura) in the amount of $108,537.00, including compensatory damages and permissible liquidated damages and prejudgment interest, plus post judgment interest as provided in 28 U.S.C. § 1961(a).

      That the Plaintiffs are awarded attorneys' fees in the amount of $4,292.50 and costs in the amount of $1,249.00,

      That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

                                               _____
                                               PAUL G. GARDEPHE
                                               UNITED STATES DISTRICT JUDGE

To:

Bruckner Bar & Grill LLC (d/b/a Mott Haven Bar & Grill)
1 Bruckner Blvd.
Bronx, NY 10454

The Bronx Bar & Grill LLC (d/b/a Mott Haven Bar & Grill)
1 Bruckner Blvd.
Bronx, NY 10454

Bruckner Restaurant LLC (d/b/a Mott Haven Bar & Grill)
1 Bruckner Blvd.
Bronx, NY 10454

Bruckner Rail LLC (d/b/a Mott Haven Bar & Grill)
1 Bruckner Blvd.
Bronx, NY 10454

Rosa Garcia (a.k.a. Rosaura)
1 Bruckner Blvd.
Bronx, NY 10454