# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

December 12, 2019

**Via ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Daniel Patrick Moynihan United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: **18-cv-12323-ALC: Lazaro, et al v. Bruckner Bar, et al.**

Dear Judge Gardephe:

We represent Plaintiff in the above referenced matter and write with the consent of Defendants to request the conference scheduled for December 17, 2019 be adjourned sine die. This is the first request of its kind.

Both parties have expressed an interest in reaching an early settlement. The parties believe it would currently be prudent to invest their resources in attempting to reach an agreement rather than litigating. As such, the parties respectfully request the Court refer them to the mediation program. If the parties are unsuccessful at resolving this case during mediation, they will advise the Court and request an initial conference.

Thank you for your attention.

Respectfully Submitted,

/s/ *Jesse Barton*  
Jesse Barton

**MEMO ENDORSED**  
This case will be referred to the Court's mediation program. The conference is adjourned to March 12, 2020 at 10:00 A.M. SO ORDERED:

_____  
Paul G. Gardephe, U.S.D.J.  
Dec. 13, 2019