UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HUERTA ANGUIANO and PERFECTO LAZARO, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

BRUCKNER BAR AND GRILL, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2020

1:18-cv-12323-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On July 14, 2020, Plaintiffs informed the Court that this case had been settled and submitted a letter and documentation supporting the fairness of the settlement [ECF No. 80]. The Court has reviewed these documents and the settlement agreement and held a hearing to review the proposed settlement for fairness in accordance with the Fair Labor Standards Act and Second Circuit law. *See, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The Court has concluded that the terms of the settlement are fair and reasonable. It should be noted, however, that the Court is not opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiffs.

      IT IS HEREBY ORDERED that the settlement is approved, and the case is dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date: August 26, 2020**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**